# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RED ROOF INNS, INC.** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. WGC-08-1841 |
| **SCOTTSDALE INSURANCE CO.** | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the foregoing Memorandum Opinion, IT IS, this 16th day of June, 2009, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Plaintiff Red Roof Inns' Motion for Reconsideration (Document No. 23) BE, and the same hereby IS, **GRANTED**; and

2. That the Court **REAFFIRMS** its Order of May 20, 2009 (Document No. 22) denying Plaintiff Red Roof Inns' Motion for Summary Judgment, granting Defendant Scottsdale Insurance Company's Cross-Motion for Summary Judgment and entering judgment in favor of Defendant Scottsdale Insurance Company and against Plaintiff Red Roof Inns.

_____/s/_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE