July 15, 2011

via electronic filing
The Honorable William Connelly
United States District Court
for the District of Maryland
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

  RE: 328-115
     Case No.:   08 CV 1841
     *Red Roof Inns, Inc. v. Scottsdale Insurance Company*

Dear Magistrate Judge Connelly:

  As Your Honor is aware, I represent Scottsdale Insurance company and S&W in connection with the above-referenced matter. I am writing Your Honor to advise that the parties have reached a settlement of the above-referenced matter. The settlement papers and proceeds have been forwarded to Mr. McClosky's attention. Accordingly, I am requesting that the Court issue a Local Rule 111 settlement order.

  I also wish to remind the Court that an evidentuary hearing on damages had been scheduled for August 11, 2011. I am pleased that the parties were able to reach a settlement prior to the August 11, 2011 hearing.

  Thank you for Your Honor's time and consideration.

           Sincerely yours,

           KARPINSKI, COLARESI & KARP

           /s/

           BY: Kevin Karpinski

KK:bjap

cc: Stephen S. McCloskey, Esquire
   Peter Scherr, Esquire